1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| GOLD VALUE INTERNATIONAL TEXTILE, INC., | Case No.: 2:16-cv-04941-BRO-SK *Honorable Beverly Reid O'Connell Presiding* |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |
| MACY'S, INC.; et al., | |
| Defendants. | |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: December 29, 2016        By: _____
                                HON. BEVERLY REID O'CONNELL
                                UNITED STATES DISTRICT JUDGE